[No. 71739-1-I. Division One. June 30, 2014.]

ERIC HIRST ET AL., *Appellants*, v. THE GROWTH MANAGEMENT HEARINGS BOARD, WESTERN WASHINGTON REGION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00267-9, Chris Wickham, J., entered March 18, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Leach, JJ.

[No. 43951-4-II. Division Two. July 1, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY DEAN TUCHECK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01343-1, Beverly G. Grant, J., entered September 20, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44083-1-II. Division Two. July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. BONNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00042-8, F. Mark McCauley, J., entered October 5, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 44099-7-II. Division Two. July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN MICHAEL HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00130-5, Stephen M. Warning, J., entered October 10, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt and Lee, JJ.